ANGLO-AMERICAN EQUITIES CORPORATION et al., Appellants, *v.* E. H. ROLLINS & SONS, INCORPORATED, et al., Respondents.

Argued March 15, 1940; decided April 16, 1940.

*Reginald Field, J. Sterling Halstead* and *William J. Bowe, Jr.,* for appellants.

*Daniel F. Cohalan, Jr.,* for Franklin T. Birdsall et al., *amici curiæ.*

*Ralph P. Buell, William H. Hall* and *John F. Kiernan* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.